**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISON)**

| | |
|---|---|
| NICHOLAS KOSKI,<br><br>      *Plaintiff*,<br><br>v.<br><br>THE AVENUE K&B LLC, *et al*.,<br><br>      *Defendants*. | Civil Action No. 1:23-CV-01425-JRR<br><br>Dated: February 20, 2024 |

**ORDER**

Upon consideration of the Joint Motion to Approve Settlement (ECF No. 36), the Court hereby GRANTS the Motion and approves the settlement between Plaintiff and Defendants (hereinafter, collectively referred to as "the Parties") based on the following findings:

1. The Parties have provided the Court with sufficient information to conclude that the settlement is fair and reasonable and is an equitable compromise of disputed facts and claims.

2. In addition, the Parties' settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act ("FLSA") according to the factors that have been cited in other actions before the District Court.

3. The Court finds that the settlement was the product of arms' length negotiations between counsel for the Parties, who are experienced in the field of FLSA litigation.

WHEREFORE, the Court hereby Orders that:

- The Joint Motion to Approve Settlement be and is hereby **GRANTED**; and
- The settlement is **APPROVED.**

4. This case is stayed for a period of 30 days to allow Defendants time to make the settlement payments required under the terms of the Parties' settlement agreement.

5. If the parties do not reach an agreement as to Plaintiff's attorneys' fees, the following briefing schedule shall govern the Plaintiff's motion for attorneys' fees and costs:

| | |
|---|---|
| Motion for Attorneys' Fees and Costs Due | No Later than 14 Days after the Date the Court Approves the FLSA Settlement |
| Opposition to Motion Due | No Later than 14 Days After Plaintiff files her Motion for Attorneys' Fees and Costs |
| Reply Due | No Later than 14 Days After Defendants file their Opposition to the Motion |

6. The Court retains jurisdiction over this dispute to the extent necessary to enforce the terms of the Settlement Agreement and adjudicate Plaintiff's claim for attorneys' fees and costs.

February 22, 2024
_____
Date

/s/
_____
Julie R. Rubin
United States District Judge
U.S. District Court, District of Maryland